

# NUMBER 13-22-00345-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JUSTIN HERNANDEZ,                                                        Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

On appeal from the 94th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Justice Benavides, Tijerina, and Peña**
**Memorandum Opinion by Justice Tijerina**

This cause is before the court upon its own motion. On July 25, 2022, appellant filed a notice of appeal challenging a judgment adjudicating guilt after a motion to revoke. The Trial Court's Certification of Defendant's Right to Appeal indicates this is a plea-bargain case, and the defendant has NO right of appeal.

On July 26, 2022, the Court ordered appellant's counsel to review the record and determine whether appellant has the right to appeal. On August 25, 2022, appellant's counsel filed a response indicating the trial court certificate was defective. On September 9, 2022, the Court abated the matter and remanded to the trial court to determine whether the certification was defective and for entry of a corrected certificate, if appropriate.

Upon review of the subsequent supplemental reporter's and clerk's records, an amended certification was executed and filed. The amended certification reflects that the appellant does not have the right to appeal this case.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, the appeal is reinstated and is hereby dismissed.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
2nd day of February, 2023.

2